

FILED

OCT 18 2005

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                      Deputy Clerk

ENTERED

OCT 2 4 2005

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                      Deputy Clerk

LODGED
OCT – 5 2005

1   Michael S. Duberchin (SBN 108338)
    4768 Park Granada, Suite 212
2   Calabasas, CA 91302
    Telephone (818) 222-7484
3   Facsimile  (818) 222-7480

4   David I. Brownstein (SBN 195393)
    BROWNSTEIN & BROWNSTEIN, LLP
5   15910 Ventura Blvd., Suite 1110
    Encino, CA 91436
6   Telephone (818) 905-0000
    Facsimile  (818) 905-0099
7

8   Counsel for Plaintiff/Movant, George Lopez

9

10          IN THE UNITED STATES BANKRUPTCY COURT
11              CENTRAL DISTRICT OF CALIFORNIA
                      SANTA ANA DIVISION
12

13  IN RE:                                    )   CASE NO.  SA04-17174RA
                                              )
    BRUCE CARLTON BRIDGMAN,                   )   Chapter 7
14                                            )
                                              )   Adv. No.:  05-01133
15            Debtor.                         )
                                              )
16  _____ )   ORDER ON MOTION FOR
                                              )   PARTIAL SUMMARY
17                                            )   JUDGMENT
                                              )
18  GEORGE LOPEZ,                             )
                                              )   Date: September 30, 2005
19            Plaintiff,                       )   Time: 11:00 a.m.
                                              )   Ctrm.: 6C
20            v.                               )
                                              )
21  BRUCE CARLTON BRIDGMAN,                   )
                                              )
22            Defendant.                       )
                                              )
23  _____ )
24

25

26          On September 30, 2005, at 11:00 a.m., in Courtroom 6C, this Court conducted a hearing

27  on the Motion of George Lopez (the "Plaintiff") for Partial Summary Judgment in the above

28

                                         1

1   referenced adversary proceeding and in connection with the above referenced Chapter 7

2   bankruptcy case (the "Motion"), appearances were as noted on the record.

3       Considering the Motion, the pleadings and evidence submitted by the parties, the

4   comments of counsel at the hearing, and finding that notice was proper;

5       **IT IS HEREBY ORDERED** that: Plaintiff's Motion for partial summary adjudication is

6   granted on the basis of 11 U.S.C. § 727 (a)(2)(A) as a matter of law, and on the finding that there

7   are no remaining questions of material fact which would justify a trial on the merits of this cause

8   of action; and

9       **IT IS FURTHER ORDERED** that: Pursuant to Federal Rule of Civil Procedure 54(b)

10  there is no just reason for delay with respect to the entry of judgment on only the Section

11  727(a)(2)(A) claim for relief sought in Plaintiff's complaint and in the Motion; and

12      **IT IS FURTHER ORDERED** that Judgment be entered against the Debtor denying the

13  Debtor a discharge of his debts.

14

15  Dated: ___10/18___, 2005      By: _____

16                                   The Honorable Robert W. Alberts,
                                     United States Bankruptcy Judge

17

18

19

20

21

22

23

24

25

26

27

28

**NOTE TO USERS OF THIS FORM:**
*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do **not** file this form as a separate document.*

| | |
|---|---|
| In re BRUCE CARLTON BRIDGMAN | CHAPTER 7 |
| Debtor. | CASE NUMBER SA04-17174RA |

# NOTICE OF ENTRY OF JUDGMENT OR ORDER
# AND CERTIFICATE OF MAILING

**TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:**

1.    You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(a)(1)(E), that a judgment or order entitled
      *(specify)*: ORDER ON MOTION FOR PARTIAL SUMMARY JUDGMENT

      was entered on *(specify date)*:  OCT 2 4 2005

2.    I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and
      entities on the attached service list on *(specify date)*:  OCT 2 4 2005

Dated:  OCT 2 4 2005

                                          **JON D. CERETTO**
                                          **Clerk of the Bankruptcy Court**


                                          By:  _____
                                                          *Deputy Clerk*

*Rev. 1/01*  This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.     **F 9021-1.1**

**SERVICE LIST**

| | |
|---|---|
| Bruce Carlton Bridgman<br>20282 Ramona Lane<br>Huntington Beach, CA 92646 | Defendant (Home) |
| Charles W. Daff<br>2122 N Broadway #210<br>Santa Ana, CA 92706 | Attorney for Debtor |
| James J. Joseph<br>2029 Century Park East<br>3rd Floor<br>Los Angeles, CA 90067-2904 | Chapter 7 Trustee |
| U.S. Trustee's Office<br>411 W. Fourth Street, Suite 9041<br>Santa Ana, CA  92701 | United States Trustee |
| Michael Duberchin<br>4768 Park Granada, Suite 212<br>Calabasas, CA  91302 | Co- Counsel for Plaintiff |
| David I. Brownstein<br>Brownstein & Brownstein, LLP<br>15910 Ventura Blvd., Suite 1110<br>Encino, California 91436 | Attorney for Plaintiff |